UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Pamela Renee Fogg**,

Soc. Sec. No. xxx-xx-1528
Mailing Address: 2718 Owen Street, Durham, NC 27703-
                                                        Debtor.

Case No.: 19-80116

Chapter 13

## CERTIFICATE REGARDING SERVICE OF PLAN

I, Angel West, certify that on 2/18/19, a copy of the **Chapter 13 Plan** was served by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix.

This case does NOT include any creditors subject to cramdown or mortgage stripoff.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 2/18/19

/s Angel West

Angel West

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Afni, Inc. ******<br>404 Brock Drive<br>Post Office Box 3097<br>Bloomington, IL 61701 | AT&T Mobility<br>c/o Bankruptcy<br>1801 Valley View Lane<br>Dallas, TX 75234 | DIRECTV<br>ATTN: Bankruptcies<br>Post Office Box 6550<br>Greenwood Village, CO 80155-6550 |
| Duke Healthcare<br>5213 South Alston Avenue<br>Durham, NC 27713 | Durham County Tax Collector<br>P.O.Box 3397<br>Durham, NC 27702 | ECMC<br>1 Imation Place<br>Saint Paul, MN 55128 |
| Frontier Communications<br>PO Box 6000<br>Hayden, ID 83835-2009 | Internal Revenue Service (MD)<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Kross, Lieberman and Stone, Inc<br>P.O. Box 565<br>Morrisville, NC 27560-0565 |
| MaxLend<br>Post Office Box 46360<br>Eden Prairie, MN 55344 | Midwest Recovery System<br>2747 West Clay Street<br>Suite A<br>Saint Charles, MO 63301 | National Credit Adjusters<br>Post Office Box 3023<br>Hutchinson, KS 67504-6999 |
| Navient<br>Post Office Box 9655<br>Wilkes Barre, PA 18773-9655 | NC Child Support Enforcement<br>Bankruptcy Reporting Contact<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Nodell, Glass & Haskell, LLP<br>5540 Centerview Drive<br>Suite 416<br>Raleigh, NC 27606 | North Carolina Dept. of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Plain Green Loans<br>Post Office Box 270<br>93 Mack Road, Suite 600<br>Box Elder, MT 59521 |
| Ranjini Pillai, DDS, PA<br>Aesthetic Family Dentisry<br>2609 N Duke Street<br>Suite 501<br>Durham, NC 27704-3019 | Santander Consumer USA<br>Attn: Officer/Bankruptcy Dept.<br>Post Office Box 560284<br>Dallas, TX 75356-0284 | State Employees' Credit Union<br>c/o Michael J Lord, CEO<br>Attn: Managing Agent or Officer<br>119 N. Salisbury Street<br>Raleigh, NC 27611-8540 |
| State Employees' Credit Union<br>Attn:  Officer<br>Post Office Box 25279<br>Raleigh, NC 27611 | The Honorable Matthew Whitaker<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Titan Group LLC<br>298 Lake Markham Road<br>Sanford, FL 32771 |
| Triangle Orthopaedic Assoc., PA<br>120 William Penn Plaza<br>Durham, NC 27704 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | US Attorney's Office  (MD)<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | US Department of Education<br>Direct Loan Servicing Center<br>Post Office Box 5609<br>Greenville, TX 75403-5609 | Verizon Wireless Bankruptcy Admin.<br>500 Technology Drive, Suite 550<br>Saint Charles, MO 63304 |